AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **Nevada**

Trustees of the Teamsters Local 631 Security Fund for Southern Nevada et al

            Plaintiffs,

V.

International Expo Service, Inc.

            Defendant.

**DEFAULT**

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-CV-0361 JCM-RJJ

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Plaintiffs Trustees of the Teamsters Local 631 Security Fund for Southern Nevada and Trustees of the Teamsters Convention Industry Training Funds motion for default judgment is GRANTED. Default is entered against defendants International Expo Service, Inc. in the amount of $30,719.00, representing delinquent contributions, liquidated damages, interest, administrative fees, attorneys fees and costs, and costs to execute the judgment

August 17, 2011  
Date

/s/ Lance S. Wilson  
Clerk

/s/ Eileen Sterba  
(By) Deputy Clerk